UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint will be presented on Thursday, July 10, 2008 at 9:30 a.m. before the honorable Judge Guzman at the United States District Court for the Northern District of Illinois, Eastern Division.

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By: s/ Kurt D. Williams
    Kurt D. Williams, IL # 6202137
    Kathleen M. Nemechek
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone: 816-561-7007
    Facsimile: 816-561-1888


FREEBORN & PETERS, LLP

R. Delacy Peters Jr.
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

{00267048.DOC;-1}

Attorneys For Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

Yao O. Dinizulu
Dinizulu Law Group, Ltd.
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney for Plaintiff

       s/ Kurt D. Williams
Attorney for Defendant Ford Motor Company