UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OF OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Ford Motor Company hereby moves for an order extending its time to answer or otherwise respond to Plaintiff's Complaint to and including July 31, 2008. In support of this motion Ford states as follows:

1. Ford was served with Plaintiff's Complaint on June 24, 2008, making its responsive pleading due on or before July 14, 2008.

2. Plaintiff's Complaint contains 96 fact paragraphs and covers events dating back nearly 10 years. Ford has only recently retained counsel to defend this matter and counsel needs additional time to compile information and prepare a response to the Complaint.

3. In addition, Ford's Chicago Assembly Plant, where the events underlying Plaintiff's Complaint allegedly took place has been closed for an extended period of time over the July 4th holiday, delaying Ford's investigation into the Complaint allegations.

4. Counsel for Ford attempted to contact Plaintiff's counsel by phone on several occasions to obtain his consent to this motion but was unable to reach him. Counsel left a message requesting a return call but did not receive one prior to filing this motion.

{00267036.DOC;-1}

5. Ford does not make this request for purposes of delay, but rather in the interest of justice and so that it may prepare an appropriate response to Plaintiff's Complaint.

WHEREFORE, Defendant Ford Motor Company respectfully requests that the Court enter an order extending its time to answer or otherwise respond to Plaintiff's Complaint to and including July 31, 2008 and for whatever other and further relief the court deems just and proper.

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP

By:   s/ Kurt D. Williams
Kurt D. Williams, IL # 6202137
Kathleen M. Nemechek
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:    816-561-7007
Facsimile:    816-561-1888

FREEBORN & PETERS, LLP

R. Delacy Peters Jr.
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Attorneys For Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

Yao O. Dinizulu
Dinizulu Law Group, Ltd.
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney for Plaintiff

   s/ Kurt D. Williams
Attorney for Defendant Ford Motor Company