UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**DISCLOSURE OF CORPORATION INTERESTS/AFFILIATES**

Pursuant to Local Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Ford Motor Company that there are no parent companies or any publicly-traded companies that own 5% or more of the stock of Ford Motor Company.

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By:  s/ Kurt D. Williams
   Kurt D. Williams, IL # 6202137
   Kathleen M. Nemechek
   2600 Grand Boulevard, Suite 1200
   Kansas City, Missouri 64108
   Telephone:   816-561-7007
   Facsimile:   816-561-1888

Attorneys for Defendant Ford Motor Company

FREEBORN & PETERS, LLP

R. Delacy Peters Jr.
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Attorneys For Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

Yao O. Dinizulu
Dinizulu Law Group, Ltd.
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney for Plaintiff

  s/ Kurt D. Williams
Attorney for Defendant Ford Motor Company