UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Kurt D. Williams and the law firm of Berkowitz Oliver Williams Shaw & Eisenbrandt LLP hereby enters his appearance as counsel on behalf of Defendant Ford Motor Company in this case.

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By: s/ Kurt D. Williams
Kurt D. Williams, IL # 6202137
Kathleen M. Nemechek
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:   816-561-7007
Facsimile:   816-561-1888

Attorneys for Defendant Ford Motor Company

{00267055.DOC;-1}

FREEBORN & PETERS, LLP

R. Delacy Peters Jr.
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

Attorneys For Defendant


**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

Yao O. Dinizulu
Dinizulu Law Group, Ltd.
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney for Plaintiff


   s/ Kurt D. Williams
Attorney for Defendant Ford Motor Company