## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tyrone J. Lloyd

                Plaintiff,

v.                                       Case No.: 1:08−cv−03059
                                                     Honorable Ronald A. Guzman

Ford Motor Company

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant Ford Motor Company for extension of time to file answer [6] is granted to and including 7/31/08. Status hearing set for 7/28/08 is reset to 8/6/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.