UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED-TO MOTION FOR EXTENSION OF TIME TO ANSWER OF OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Ford Motor Company ("Ford"), with the consent of the Plaintiff, Tyrone Lloyd, by through his counsel, hereby moves for an order extending its time to answer or otherwise respond to Plaintiff's Complaint to and including August 14, 2008. In support of this motion Ford states as follows:

1. Ford was served with Plaintiff's Complaint on June 24, 2008, making its responsive pleading due on or before July 14, 2008.

2. Shortly after it had retained counsel, Ford previously requested and received a brief extension of time to and including July 31, 2008 in which to respond to Plaintiffs' Complaint.

3. Ford has been working diligently to investigate the allegations in the Complaint and to formulate its response thereto.  However, Plaintiff's Complaint contains 96 fact paragraphs and covers events dating back nearly 10 years.  Ford needs additional time to locate documents and witnesses and to gather information that will allow it to fully respond.

4. Ford does not make this request for purposes of delay, but rather in the interest of justice and so that it may prepare an appropriate response to Plaintiff's Complaint.

5.  Plaintiff's counsel has been consulted and has no objection to this request.

WHEREFORE, Defendant Ford Motor Company respectfully requests that the Court enter an order extending its time to answer or otherwise respond to Plaintiff's Complaint to and including August 14, 2008 and for whatever other and further relief the court deems just and proper.

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By:   s/ Kurt D. Williams
    Kurt D. Williams, IL # 6202137
    Kathleen M. Nemechek
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:   816-561-7007
    Facsimile:   816-561-1888

FREEBORN & PETERS, LLP

    R. Delacy Peters Jr.
    311 South Wacker Drive
    Suite 3000
    Chicago, IL 60606

Attorneys For Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

    Yao O. Dinizulu
    Dinizulu Law Group, Ltd.
    203 N. LaSalle St., Suite 2100
    Chicago, IL 60601
    Attorney for Plaintiff


    s/ Kurt D. Williams
    Attorney for Defendant Ford Motor Company