UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case no. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that the Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint will be presented on Thursday, July 31, 2008 at 9:30 a.m. before the honorable Judge Guzman at the United States District Court for the Northern District of Illinois, Eastern Division.

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By: s/ Kurt D. Williams
   Kurt D. Williams, IL # 6202137
   Kathleen M. Nemechek
   2600 Grand Boulevard, Suite 1200
   Kansas City, Missouri 64108
   Telephone: 816-561-7007
   Facsimile: 816-561-1888


FREEBORN & PETERS, LLP

   R. Delacy Peters Jr.
   311 South Wacker Drive
   Suite 3000
   Chicago, IL 60606

   Attorneys For Defendant

{00267048.DOC;-1}

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

>Yao O. Dinizulu
>Dinizulu Law Group, Ltd.
>203 N. LaSalle St., Suite 2100
>Chicago, IL 60601
>Attorney for Plaintiff

>           s/ Kurt D. Williams
>     Attorney for Defendant Ford Motor Company