# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tyrone J. Lloyd

                        Plaintiff,

v.                                          Case No.: 1:08−cv−03059
                                          Honorable Ronald A. Guzman

Ford Motor Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Application for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 07520000000002933169. as to (Nemechek, Kathleen)[13] is granted. Agreed motion by Defendant Ford Motor Company for extension of time to answer or otherwise plead to complaint [14] is granted to and including 8/14/08. Status hearing set for 8/6/08 is reset to 8/22/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.