UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**FORD MOTOR COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Ford Motor Company ("Ford"), by and through its counsel, hereby moves the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiff Tyrone Lloyd's Complaint in its entirety for failure to state a claim upon which relief can be granted. More specifically, plaintiff's claims are based on conduct that falls outside of the applicable statute of limitations. Additionally, plaintiff's Count II (race discrimination under Title VII) is barred by his failure to satisfy the administrative prerequisites of filing a Charge of Discrimination on the basis of race before the EEOC. Finally, any and all claims arising out of conduct occurring on or before March 26, 2001 are additionally and alternatively barred by a settlement agreement and release entered into between Ford and plaintiff on that date. In further support of this Motion, Ford refers the Court to its Memorandum in Support which is being filed contemporaneously herewith.

WHEREFORE, Ford prays that the Court dismiss plaintiff's Complaint in its entirety, award Ford its costs incurred in the defense of these claims, and grant such other and further relief as the Court deems just and proper.

{00283058.DOC;-1}

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By:   s/ Kathleen M. Nemechek
    Kurt D. Williams, IL # 6202137
    Kathleen M. Nemechek (pro hac vice)
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:   816-561-7007
    Facsimile:   816-561-1888

Attorneys for Defendant Ford Motor Company


FREEBORN & PETERS, LLP
    R. Delacy Peters Jr.
    311 South Wacker Drive
    Suite 3000
    Chicago, Illinois 60606
    Telephone:   312-360-6434
    Facsimile:   312-360-6594

Attorneys For Defendant Ford Motor Company


## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

    Yao O. Dinizulu
    Dinizulu Law Group, Ltd.
    203 N. LaSalle St., Suite 2100
    Chicago, IL 60601
    Attorney for Plaintiff


    s/ Kathleen M. Nemechek
    Attorney for Defendant Ford Motor Company