UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE J. LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CV3059 PH |
| | ) | |
| v. | ) | Judge Guzman |
| | ) | Magistrate Judge Cox |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the Defendant's Motion to Dismiss Plaintiff's Complaint will be presented on Friday, August 22, 2008 at 9:30 a.m. before the Honorable Judge Guzman at the United States District Court for the Northern District of Illinois, Eastern Division.

BERKOWITZ OLIVER WILLIAMS
SHAW & EISENBRANDT LLP


By:   s/ Kathleen M. Nemechek
    Kurt D. Williams, IL # 6202137
    Kathleen M. Nemechek
    2600 Grand Boulevard, Suite 1200
    Kansas City, Missouri 64108
    Telephone:    816-561-7007
    Facsimile:    816-561-1888


FREEBORN & PETERS, LLP

    R. Delacy Peters Jr.
    311 South Wacker Drive
    Suite 3000
    Chicago, Illinois 60606
    Telephone:    312-360-6434
    Facsimile:    312-360-6594

Attorneys For Defendant

{00283123.DOC;-1}

## CERTIFICATE OF SERVICE

      I hereby certify that on August 14, 2008, the foregoing was filed electronically with the Clerk of the court to be served by operation of the court's electronic filing system upon the following:

      Yao O. Dinizulu
      Dinizulu Law Group, Ltd.
      203 N. LaSalle St., Suite 2100
      Chicago, Illinois 60601
      Attorney for Plaintiff

                                                s/ Kathleen M. Nemechek
                                        Attorney for Defendant Ford Motor Company