**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 CV 3059
TYRONNE J. LLOYD, Plaintiff

v.

FORD MOTOR COMPANY, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ford Motor Company

| NAME (Type or print) |  |
| --- | --- |
| Kathleen M. Nemechek |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Kathleen M. Nemechek |  |
| FIRM |  |
| Berkowitz Oliver Williams Shaw & Eisenbrandt LLP |  |
| STREET ADDRESS |  |
| 2600 Grand Boulevard, Suite 1200 |  |
| CITY/STATE/ZIP |  |
| Kansas City, Missouri 64108 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|  | 816-561-7007 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |  |